# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM STONE PREMIER PROPERTIES, LLC,**

    **Plaintiff,**

**v.**                                                            Case No:   6:16-cv-2157-Orl-31GJK

**ONI BABATUNDE E.,**

    **Defendant.**

# ORDER

This cause comes before the Court on Plaintiff's Opposed Motion to Strike Defendant's Affirmative Defenses From Defendant's Answer (Doc. 16), filed February 16, 2017.

On May 8, 2017, the United States Magistrate Judge issued a report (Doc. 23) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Opposed Motion to Strike Defendant's Affirmative Defenses From Defendant's Answer is **GRANTED in part** such that Defendant's sixth, seventh, eighth, ninth, and eleventh affirmative defenses are **STRICKEN**, and Defendant's twelfth affirmative defense is **STRICKEN** to the extent that it alleges that his obligations were based upon acts or omissions that were either void or otherwise extinguished.   In all other respects the motion is **DENIED**.

3. Defendant may amend the stricken affirmative defenses by June 6, 2017.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 23, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party